STATE of Missouri, Respondent,

v.

Mark Andrew WEBER, Appellant.

No. WD 48086.

Missouri Court of Appeals,
Western District.

March 29, 1994.

Michael J. Drape, Kansas City, for appellant.

Ava Sandage, Asst. Pros. Atty., Jackson County, Independence, for respondent.

Before TURNAGE, C.J., P.J., and KENNEDY and HANNA, JJ.

*ORDER*

PER CURIAM.

The defendant appeals his court tried conviction for driving on a suspended license, § 302.321 RSMo 1993.

Judgment affirmed. Rule 30.25(b).

■

Robert RODGERS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48379.

Missouri Court of Appeals,
Western District.

March 29, 1994.

Lorry L. Kohrs, Asst. Public Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael J. Spillane, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., P.J., and KENNEDY and HANNA, JJ.

*ORDER*

PER CURIAM.

Appeal from denial of Rule 24.035 post-conviction motion without an evidentiary hearing.

Judgment Affirmed. Rule 84.16(b).